CAROLINE E. PATRICK AND ANOTHER, COMMITTEE, ETC., RESPONDENTS, v. THE EXCELSIOR LIFE INSURANCE COMPANY, APPELLANT.

*Policy of insurance — when not invalidated by suicide of insured.*

In an action upon a policy of insurance taken out upon the life of a husband for the benefit of his wife, the suicide of the insured is not a defense where there is no stipulation to that effect in the policy.

*Fitch* v. *American Popular Life Ins. Co.* (11 Alb. Law Jour., 91) followed.

The expression, in a policy of life insurance, " in the known violation of the law of any State," cannot be construed to include suicide.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial made upon the judge's minutes.

Elliott F. Shepard, for the appellant.

Henry Smith and John R. Putnam, for the respondents.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment and order affirmed.